IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONNA L. HAYMAN,** | * |
| Plaintiff, | * |
| | Civil Action No. 1:13-cv-01431 |
| v. | * |
| **CHESTER RIVER HOSPITAL CENTER, INC.** | * |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

**NOW COME** the Parties, by and through their respective counsel, and hereby move to amend this Honorable Court's Amended Scheduling Order dated January 3, 2014 (Document No. 33), and for reasons therefore, state as follows:

1. The current discovery deadline in this case is March 10, 2014.

2. The Parties are in the process of scheduling the depositions of several remaining witnesses. The Parties believe that they will need an extension to the Scheduling Order in order to have adequate time to depose all relevant witnesses and to complete discovery.

3. Accordingly, the Parties wish to extend the deadline for discovery through and until April 9, 2014 and to extend all other discovery-related deadlines in the Court's Amended Scheduling Order dated January 3, 2014, by an additional thirty days.

4. The Parties do not anticipate the need to request any additional time beyond this extension.

5. Granting the Parties' Joint Motion will ensure that the litigation process is conducted in the most fair, efficient and cost-effective manner possible.

6.      Granting the Parties' Joint Motion will not prejudice any party, and is in the best interests of fairness and judicial economy.

WHEREFORE, the Parties respectfully pray that this Honorable Court modify the Scheduling Order as set forth above.

Dated: March 5, 2014

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 105.9

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Douglas W. Desmarais (Bar #5180) | Paul V. Bennett (Bar # 10324) |
| Kerstin M. Miller (Bar #29736) | James L. Ellison, II (Bar # 18318) |
| Smith & Downey, P.A. | Law Offices of Paul V. Bennett, P.A. |
| One W. Pennsylvania Avenue, Suite 950 | 133 Defense Hwy., Suite 209 |
| Baltimore, Maryland 21202 | Annapolis, MD 21401 |
| Phone: (410) 321-9000 | Phone: (410) 974-6000 |
| Fax: (410) 321-6270 | Fax: (410) 224-2590 |
| ddesmarais@smithdowney.com | pbennett@paulvbennett.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |