IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONNA L. HAYMAN,** | * |
| Plaintiff, | * |
| | Civil Action No. 1:13-cv-01431 |
| v. | * |
| **CHESTER RIVER HOSPITAL CENTER, INC.** | * |
| | * |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Parties' Joint Motion to Modify Scheduling Order, filed March 5, 2014, it is this _____ day of _____, 2014,

**ORDERED**, that the Joint Motion to Modify Scheduling Order filed March 5, 2014 be and hereby is **GRANTED**; and

**ORDERED**, that the Scheduling Order as modified on January 3, 2014 be and hereby is revised as follows:

| | |
|---|---|
| Discovery Deadline: | April 9, 2014 |
| Service of Requests for Admission: | April 16, 2014 |
| Dispositive Pretrial Motion: | May 9, 2014 |

_____                    _____
Date                                                           Catherine C. Blake
                                                                    UNITED STATES DISTRICT JUDGE