IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DONNA L. HAYMAN,**              *

    Plaintiff,                         *

        Civil Action No. 1:13-cv-01431

v.                                 *

**CHESTER RIVER HOSPITAL**         *
**CENTER, INC.**
                                                    *

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

**NOW COME** the Parties, by and through their respective counsel, and hereby state as follows:

1. The Parties have completed discovery in this case.

2. There are no pending motions.

3. Defendant intends to file a dispositive pretrial motion.

4. The case is to be tried by jury. The anticipated length of trial is one week.

5. The Parties have not met to conduct serious settlement negotiations. The Parties do not believe that such negotiations would be successful at this time.

6. The Parties do not believe that it would be helpful to refer this case to a Magistrate Judge for settlement or other ADR conference at this time.

7. The Parties do not consent to have a Magistrate Judge conduct all further proceedings in this case.

Dated:  May 19, 2014

Respectfully submitted,

| | |
|---|---|
|     /s/ |     /s/ |
| Douglas W. Desmarais (Bar #5180) | Paul V. Bennett (Bar # 10324) |
| Kerstin M. Miller (Bar #29736) | James L. Ellison, II (Bar # 18318) |
| Smith & Downey, P.A. | Law Offices of Paul V. Bennett, P.A. |
| One W. Pennsylvania Avenue, Suite 950 | 133 Defense Hwy., Suite 209 |
| Baltimore, Maryland  21202 | Annapolis, MD 21401 |
| Phone: (410) 321-9000 | Phone: (410) 974-6000 |
| Fax: (410) 321-6270 | Fax: (410) 224-2590 |
| ddesmarais@smithdowney.com | pbennett@paulvbennett.com |

*Attorney for Defendant*   *Attorney for Plaintiff*

*(Signed by Kerstin M. Miller with permission of James L. Ellison, II)*