**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DONNA HAYMAN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.: CCB-13-1431 |
| CHESTER RIVER HOSPITAL CENTER, INC. | * | |
| | * | |
| Defendant. | * | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff respectfully requests an enlargement of time to respond to the Defendant's Motion for Summary Judgment. On June 18, 2014, Defendant filed a Motion for Summary Judgment in the above captioned matter with Plaintiff's opposition thereto currently due on or before July 7, 2014.

For good cause, Plaintiff respectfully requests a brief extension until July 21, 2014 for Plaintiff to file her opposition to Defendant's Motion for Summary Judgment. The undersigned attorney is currently in the process of relocating his residence, which has taken him out of the office for the majority of this week, has several court appearances next week, and will be out of the office part of next week due to the national holiday. Plaintiff's present request for an extension is sought in good faith and will not unfairly prejudice any party to this action. Defendant's counsel has consented to this request.

WHEREFORE, based on the foregoing, the Plaintiff respectfully requests to be allowed to file his opposition to the Defendant's Motion for Summary Judgment in the above captioned matter on or before July 21, 2014.

Date: June 27, 2014

Respectfully submitted,

_________/s/_________________

James L. Ellison II, Esq. (MD Fed. Bar No. 18318)
Law Office of Paul V. Bennett, P.A.
133 Defense Hwy., Suite 209
Annapolis, Maryland 21401
Tel: 410-974-6000
Fax: 410-224-4590
Email: jellison@paulvbennett.com

*Attorney for Plaintiff, Donna Hayman*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 27th day of June, 2014, the foregoing Consent Motion for Enlargement of Time were served on the following via the ECF case filing system and first class mail, postage pre-paid to:

Doug W. Desmarais, Esquire
Kerstin M. Miller, Esquire
SMITH & DOWNEY, P.A.
320 E. Towsontown Blvd.
Suite 1 East
Baltimore, Maryland 21286

*Attorneys for Defendant*

_________________/s/________________

James L. Ellison II, Esq. (MD Fed. Bar No. 18318)